IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No.

|                     |   )   |
|---------------------|-------|
| Plaintiff(s),       |   )   |
| v.                  |   )   |
|                     |   )   |
| Defendant(s).       |   )   |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

_____ who is _____,
(name of party/intervenor)         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES                    NO

2. Does the party/intervenor have any parent corporations?

    YES                    NO

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:


3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES                    NO

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

    YES            NO

5.  Is the party/intervenor a trade association?

    YES            NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7.  In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| (Name of individual/entity) | (State of citizenship) |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: _____

Date: _____