UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00512-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) **NOTICE OF SPECIAL APPEARANCE** |
| v. | ) ) |
| MELTON E. "VAL" VALENTINE, JR., MELTON E. "SKIP" VALENTINE, III, and INDIANTOWN FARM LLC, | ) ) ) ) |
| Defendants. | ) ) |

Please take notice that the undersigned Damien M. Schiff hereby enters a notice of special appearance as attorney for Defendants Melton E. "Val" Valentine, Jr., Melton E. "Skip" Valentine, III, and Indiantown Farm LLC in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, I. Clark Wright, Jr.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the Court.

Dated: December 8, 2023.    Respectfully submitted,

/s/ Damien M. Schiff
DAMIEN M. SCHIFF
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
DSchiff@pacificlegal.org
Cal. Bar No. 235101
Attorney for Defendants

1

Dated: December 8, 2023.          /s/ I. Clark Wright, Jr.
                                  I. CLARK WRIGHT, JR.
                                  N.C. Bar No. 11163
                                  Davis Hartman Wright LLP
                                  209 Pollock Street
                                  New Bern, NC 28560
                                  Telephone: (252) 262-7054 (O)
                                  (252) 229-5900 (Cell - preferred)
                                  (252) 514-9878 (Fax)
                                  Email: icw@dhwlegal.com
                                  Local Civil Rule 83.1(d) Attorney for Defendants

**Certificate of Service**

I hereby certify that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ Damien M. Schiff
DAMIEN M. SCHIFF
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
DSchiff@pacificlegal.org
Cal. Bar No. 235101
Attorney for Defendants
