IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-512-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXTENDING |
| ) | UNITED STATES' DEADLINE FOR |
| ) | MOTION TO STRIKE |
| v. ) | [Rule 8(b); Rule 12(f), L.R. 6.1, 7.1] |
| ) | |
| MELTON E. "VAL" VALENTINE, JR., ) | |
| MELTON E. "SKIP" VALENTINE, III, ) | |
| and INDIANTOWN FARM LLC, ) | |
| ) | |
| Defendants. ) | |

Based on the Motion submitted by the Plaintiff United States of America, which was unopposed by Defendants Melton E. "Val" Valentine, Jr., Melton E. "Skip" Valentine, III, and Indiantown Farm, LLC, the Court finds good cause to extend the deadline for Plaintiff to file any motion or motions to strike portions of Defendants' current Answer [DE #34]. Plaintiff shall have until **December 29, 2023**, in which to file any such motion or motions to strike. If Defendants voluntarily file an amended answer, Fed. R. Civ. P. 12(f)(2) will thereafter apply to that pleading.

IT IS SO ORDERED. This 12th day of December 2023.

_Kimberly A. Swank_
KIMBERLY A. SWANK
United States Magistrate Judge