IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-512-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) ORDER STAYING CASE </br> ) </br> MELTON E. "VAL" VALENTINE, JR., ) </br> MELTON E. "SKIP" VALENTINE, III, ) </br> and INDIANTOWN FARM LLC, ) </br> ) </br> Defendants. ) </br> ) | |

This matter is before the court on the parties' Joint Motion to Stay. The parties assert that a stay will allow the U.S. Environmental Protection Agency and the U.S. Department of the Army to gather public input and consider issuing new guidance for implementation of the Clean Water Act with respect to adjacent wetlands in light of the Supreme Court's decision in *Sackett v. EPA*, 598 U.S. 651 (2023). (Jt. Mot. Stay [DE #89] at 2–3); *see also* 90 Fed. Reg. 13428, 13430 (Mar. 24, 2025) (seeking public input to assist agencies in "provid[ing] clear and transparent direction regarding the definition [of 'waters of the United States']").

The authority of a court to hold a case in abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its

docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).

For good cause shown, the court GRANTS the parties' Joint Motion to Stay [DE #89]. Pending further orders of the court, the action is STAYED to give the agencies an opportunity to provide administrative guidance concerning key issues in the case. On or before **September 2, 2025**, the parties shall file a joint report informing the court of the status of the agencies' actions.

In light of the stay, the clerk is directed to cancel the nonfinal pretrial conference scheduled for June 11, 2025, and terminate the motion for extension of time at DE #87.

This 15th day of May 2025.

KIMBERLY A. SWANK
United States Magistrate Judge