IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-512-M-KS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING STAY |
| MELTON E. "VAL" VALENTINE, JR., MELTON E. "SKIP" VALENTINE, III, and INDIANTOWN FARM LLC, | ) |
| Defendants. | ) |

This matter is before the court on the Parties' joint motion to extend the existing stay this case for approximately 120 days. The authority to order an abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936). Here, the Parties note that a stay will allow the U.S. Environmental Protection Agency and the U.S. Department of the Army to continue conducting a new rulemaking proceeding to provide guidance on the Clean Water Act's definition of "waters of the United States."

For good cause shown, the court GRANTS the Parties' joint motion to stay [DE#92]. Pending further orders of the court, the action is STAYED to give the agencies an opportunity to provide administrative guidance concerning key issues in the case. The Parties are further DIRECTED to provide the court with a joint status report on or before **January 15, 2026**.

This 8th day of September 2025.

KIMBERLY A. SWANK
United States Magistrate Judge