IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00512-M-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | ORDER |
| MELTON E. "VAL" VALENTINE, JR., MELTON E. "SKIP" VALENTINE, III, and INDIANTOWN FARM LLC, | : | |
| Defendants. | : | |

This matter comes before the court sua sponte. In light of the order staying the proceedings of this action issued by the Honorable Kimberly A. Swank on January 13, 2026, the Final Pretrial Conference currently scheduled before this court on February 24, 2026, and the jury trial scheduled to commence on March 10, 2026, are VACATED.

SO ORDERED this 13th day of January, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE