IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-512-M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELTON E. "VAL" VALENTINE, JR., MELTON E. "SKIP" VALENTINE, III, and INDIANTOWN FARM LLC,<br><br>Defendants. | JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE THE STAY |

Plaintiff United States of America ("United States") and Defendants Val Valentine, Skip Valentine, and Indiantown Farm, LLC ("Defendants") respectfully submit this joint status report pursuant to Judge Swank's order dated June 15, 2026 and request that the stay in this action remain in place. [D.E. 98]. As explained below, the United States Environmental Protection Agency and the United States Department of the Army (the "Agencies") are continuing to conduct administrative proceedings to develop a new rule regarding the scope of the Clean Water Act. However, the administrative process is not complete, and the Parties agree that it is appropriate to continue the current stay to allow additional time for the Agencies to finalize a rulemaking proposal. Therefore, the Parties provide this status report and respectfully move the Court for an extension of the stay on the following grounds:

1. The United States filed this Clean Water Act and Rivers and Harbors Act enforcement case in December 2022. The Parties exchanged initial disclosures and engaged in some fact discovery prior to the entry of the stay in this action.

The are no current deadlines for discovery. [D.E. 91, D.E. 93].

2. On March 12, 2025, the Agencies issued new guidance concerning implementation of the "continuous surface connection" requirement for adjacent wetlands under the definition of "waters of the United States." Simultaneously, the Agencies announced a notice to be published in the Federal Register establishing a public docket and soliciting stakeholder input to assist the Agencies in further clarifying the definition of "waters of the United States."

3. On March 24, 2025, this notice was published in the Federal Register. 90 Fed. Reg. 13428 (Mar. 24, 2025). Specifically, the notice stated that the Agencies would hold a series of listening sessions seeking input on the scope of "relatively permanent" waters, "continuous surface connection," and jurisdictional ditches. *Id*. at 13430-31.

4. After receiving more than 45,000 recommendations from the public, the Agencies issued a proposed rule on November 17, 2025, to revise their regulations regarding the scope of waters protected by the Clean Water Act. The proposal was published in the Federal Register, 90 Fed. Reg. 52498 (Nov. 20, 2025), and the period for public comment closed on January 5, 2026. *Id.* The Agencies received more than 200,000 comments and are in the process of reviewing them. *See* https://www.regulations.gov/document/EPA-HQ-OW-2025-0322-0001 [https://perma.cc/8YMXHCMK].

5. On September 4, 2026, the Agencies announced a Supplemental Notice of Proposed Rulemaking for the Updated Definition of "Waters of the United States." *See* https://www.epa.gov/wotus/updated-definition-waters-united-states [https://perma.cc/72NZUSFG]. The Agencies will take comment on this

supplemental notice for 30 days after it is published in the Federal Register. *Id.*

6. Based on these developments, in the interest of obtaining clarity before embarking on further litigation, and in the interest of efficiency and judicial economy, the Parties agree that continuing the existing stay is appropriate pending the issuance of new administrative rule regarding the Clean Water Act's provisions.

7. Courts have broad authority to manage the disposition of cases on their docket and to approve stays in the interest of economy. *See Landis v. North Am. Co.*, 299 U.S. 248, 253-54 (1936); *State Farm Life Ins. Co. v. Littleton*, No. 7:20-CV-36-FL, 2020 WL 4432381, at * 3-4 (E.D.N.C. July 31, 2020). Here, it would be inefficient for the Parties to dedicate the substantial time, resources, and expense that would be necessary to conduct all remaining discovery, especially while the Agencies are considering a new Clean Water Act proposal.

Based on the foregoing, the Parties jointly request that the Court enter the proposed order staying this action for an additional 120 days. Because all Parties agree and join in this motion, no prejudice will result from the stay.

Dated: September 14, 2026

Respectfully submitted,

W. ELLIS BOYLE
United States Attorney
Eastern District of North Carolina

*/s/ Alex J. Hardee*
MICHAEL C. AUGUSTINI
D.C. Bar No. 452526
ALEX J. HARDEE
NC Bar No. 56321
United States Department of Justice
Energy & Natural Resources Division
Environmental Defense Section

ANDREW KASPER
NC Bar No. 44515
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Phone: (919) 856-4530

P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 532-3210 (Augustini)
Tel: (202) 305-5105 (Hardee)
Fax: (202) 514-8865
michael.augustini@usdoj.gov
alex.hardee@usdoj.gov

Fax: (919) 856-4487
andrew.kasper@usdoj.gov

OF COUNSEL:

Carl E. Pruitt, Jr., Esq.
Deputy District Counsel
U.S. Army Corps of Engineers, Wilmington District
69 Darlington Avenue
Wilmington, NC 28403-1343

***Counsel for Plaintiff United States of America***

Respectfully submitted,

DAMIEN M. SCHIFF*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
(916) 419-7111
DSchiff@pacificlegal.org
Cal. Bar No. 235101
***Attorney for Defendants***

*By Special Appearance

*/s/ Sean J. Radomski*
PAIGE E. GILLIARD*
Cal. Bar No. 330051
SEAN J. RADOMSKI*
N.J. Bar No. 117792014
FRANK D. GARRISON, IV*
Ind. Bar No. 34024-49
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
(202) 888-6881
PGilliard@pacificlegal.org
SRadomski@pacificlegal.org

***Attorneys for Defendants***

*/s/ Robert B. Pike, II*
Robert B. Pike, II
N.C. Bar. No. 48010
Pike Law Firm, PLLC
P.O. Box 1581
Morehead City, NC 28557
(252) 314-1409
Email: bryce@pikelawfirm.com

***Local Civil Rule 83.1(d) Attorney for Defendants***

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2026, a copy of the foregoing Joint Status Report and Joint Motion to Continue the Stay was filed with the Court electronically. Notice of this filing will be sent to all Parties by operation of the Court's Electronic Case Filing System, and via electronic mail, including counsel for Defendants. Parties may access the filing through the Electronic Case Filing System.

Executed on this the 14th day of September 2026.

*/s/ Alex J. Hardee*
United States Department of Justice