IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-512-M-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELTON E. "VAL" VALENTINE, JR.,<br>MELTON E. "SKIP" VALENTINE, III,<br>and INDIANTOWN FARM LLC,<br><br>Defendants. | ) | ORDER CONTINUING<br>THE STAY IN THIS CASE |

This matter is before the court on the Parties' joint motion to extend the existing stay of this case for 120 days. The authority to order an abeyance is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936). Here, the Parties have advised that the U.S. Environmental Protection Agency and the U.S. Department of the Army are continuing to conduct an administrative rulemaking proceeding to provide guidance on the Clean Water Act's definition of "waters of the United States." The Agencies recently announced a Supplemental Notice of Proposed Rulemaking on September 4, 2026, and that will be subject to public comment and further review by the Agencies.

For good cause shown, the court GRANTS the Parties' joint motion to stay this case for an additional 120 days [DE #99]. Pending any further order of the court, the action is STAYED to give the relevant federal agencies an opportunity to provide administrative guidance concerning key issues in the case.

The Parties are further DIRECTED to provide the court with a joint status report within 120 days of this order.

IT IS SO ORDERED.

This 15th day of September 2026.

KIMBERLY A. SWANK
United States Magistrate Judge